IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ELDEN WHITE,**<br><br>Plaintiff,<br><br>v.<br><br>**B. KIRKER, et al.,**<br><br>Defendants. | Case No. CV 06-1102 MMM (RCx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

Pursuant to the parties' Stipulation, and good cause having been shown to preserve the confidentiality of internal investigations into staff complaints by inmates of the California Department of Corrections and Rehabilitation (CDCR), IT IS HEREBY ORDERED that the documents identified as "CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER" provided by Defendants' counsel to Plaintiff's counsel (1) may be shown to Plaintiff, but copies may not provided to Plaintiff; (2) will not be disclosed to any persons, parties or entities other than Plaintiff, Plaintiff's counsel or the Court; (3) will be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or other parties; and (4) at the conclusion of this matter, all copies of the internal

1

investigative documents in Plaintiff's counsel's possession will be destroyed or returned to the CDCR, by delivery to Defendants' counsel.

Dated: 4/7/2009

The Honorable Margaret M. Morrow
United States District Court Judge

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

SD2006501331
50420567.doc